**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DENNIS ALEXANDER,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 6:16-CV-01276-JDL** |
| v. | § § § | |
| **TROUP INDEPENDENT SCHOOL DISTRICT, ANDY GRIFFIN, MELISSA YOUNG, ROBBIE SWITZER, SHANE JASPER, JOHN WHITSELL, GENE WHITSELL, STUART BIRD,** | § § § § § | |
| **Defendants.** | | |

## FINAL JUDGMENT

Pursuant to the Order entered on this same date, it is hereby **ORDERED** that the above-entitled action be **DISMISSED WITH PREJUDICE**, and final judgment be entered in this case. All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 14th day of February, 2018.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE